# DAVID A. FEINERMAN
ATTORNEY AT LAW
2765 Coney Island Avenue, 2nd floor
Brooklyn, New York 11235
(718) 646-4800
Fax (718) 646-5770
Email:  esqdaf@aol.com

July 17, 2020

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   Request to Adjourn Initial Pre-Trial Conference
      Conde v. ROM Grocery Corp, et al
      Civil Action No. 20-cv-2086 (KFP)

Dear Judge Polk Failla:

My office represents the defendants ROM Grocery Corp. et al. in the above referenced case.  The matter has been scheduled for an initial pre-trial conference for July 21 ,2020 at 11:00 am.  This is the first time that the conference has been scheduled and the first time that a request is being made for an adjournment.  I am actually engaged on another matter that was previously scheduled prior to the conference.  The other matter is a mediation that will most likely last the entire morning and part of the afternoon.  I have spoken to the plaintiff's attorney and he has consented to the adjournment.  I respectfully request that the conference be adjourned to July 29 or July 30, 2020 or other time that is more convenient for the Court.

Respectfully Submitted,

  s/   DF 3320
David A. Feinerman, Esq.

cc. Justin Clienti, Esq.

```
Application GRANTED.  The conference scheduled for July 21,
2020, is hereby ADJOURNED to August 6, 2020, at 2:00 p.m.

DATED:    July 16, 2020              SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```