# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

August 4, 2020

**BY ECF**

Hon. Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



      Re:    *Conde v. ROM Grocery Corp., et al.*
             <u>Case No. 20-CV-2086 (KPF) (SDA)</u>

Dear Judge Failla,

    We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on Thursday, August 6, 2020 at 2:00 p.m. In accordance with the Court's Order, please accept this letter as the parties' joint request to adjourn the conference *sine die*.

    We thank the Court for considering this application.

                              Respectfully submitted,

                              /s/

                              Justin Cilenti

cc: David Feinerman, Esq. (by ECF)

Application GRANTED. The conference scheduled for August 6, 2020, is hereby ADJOURNED *sine die*. Per the civil case management plan and scheduling order dated July 31, 2020 (Dkt. #15), the next Pretrial Conference is set for December 18, 2020, at 10:00 a.m. in Courtroom 618, 40 Centre Street, New York, NY 10007.

Dated:    August 4, 2020          SO ORDERED.
           New York, New York

                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE