USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felipe Conde, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

ROM Grocery Corp. d/b/a Bagels & Schmear et al.,

                Defendants.

1:20-cv-02086 (KPF) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act.  On March 12, 2021, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 26.) On March 29, 2021, the parties submitted their proposed settlement agreement. (ECF No. 28.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.  The Clerk is requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
               March 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge